IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> Documents from Christopher Daniel Thompson | Case No. 2:25-mc-00004 |

**ORDER**

AND NOW, this 3rd day of January, 2025, upon review by the undersigned of the documents filed electronically by Christopher Daniel Thompson, the Clerk is hereby directed to strike these documents from the record, forthwith, as the documents are not recognized pleadings in any matter. Should Mr. Thompson wish to file a new matter in this court, he must do so in accordance with the Local and Federal Rules of Civil Procedure. Additional information can be found on the "Representing Yourself" section of the court's website at www.pawd.uscourts.gov. The Clerk of Court is directed to mark case no. 2:25-mc-00004 CLOSED.

BY THE COURT:

_____
United States District Judge

CHRISTOPHER D. THOMPSON
354 Parkway
Monessen, PA 15062